IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE JOANNE SAVAGE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2548 |
| | : | |
| NANCY A. BERRYHILL, | : | |
| *ACTING COMMISSIONER OF THE* | : | |
| *SOCIAL SECURITY ADMINISTRATION* | : | |

## ORDER

AND NOW, this 17th day of January, 2018, upon consideration of Plaintiff Denise Joanne Savage's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 14) is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED in part insofar a Plaintiff requests a remand; and

3. This matter is REMANDED to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on December 28, 2017, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.